**UNITED STATES DISTRICT COURT**
**OF DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| CHRISTOPHER LOPEZ, et al | : | |
| | : | No.  1:24-cv-03980-RMB-MJS |
| Plaintiffs, | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| MATTHEW SICKLER, TARA DZURKOC, MITCHELL LUYBER, and CHASE POTOCNY, et al. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS, TARA DZURKOC AND MATTHEW SICKLER**

TO THE CLERK:

Kindly enter default against Defendants, Tara Dzurkoc and Matthew Sickler, for failing to respond to the Complaint pursuant to Federal Rule of Civil Procedure 55.

                **WEISBERG LAW**

                */s/ David A. Berlin*
                Matthew B. Weisberg, Esquire
                PA Attorney Id. No.: 85570
                David A. Berlin, Esquire
                PA Attorney Id. No.: 314400
                7 S. Morton Avenue
                Morton, PA 19070
                (610) 690-0801
                (610) 690-0880 – Fax
                mweisberg@weisberglawoffices.com
                dberlin@weisberglawoffices.com
                *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
OF DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHRISTOPHER LOPEZ<br>c/o WEISBERG LAW, et al | : <br> : <br> : | No.   1:24-cv-03980-RMB-MJS |
| Plaintiffs, | : | JURY TRIAL DEMANDED |
| v. | : <br> : | |
| MATTHEW SICKLER, TARA DZURKOC,<br>MITCHELL LUYBER, and CHASE<br>POTOCNY, et al. | : <br> : <br> : <br> : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, David A. Berlin, Esquire, hereby certify that on this 30th day of July 2024, a true and correct copy of the foregoing Request for Entry of Default was served via ECF and regular mail upon non-responding Defendants.

MATTHEW SICKLER
175 S Broad Street
Trenton, NJ 08608

TARA DZURKOC
225 N. Clinton Ave., #1
Trenton, NJ 08609

And

Timothy R. Beig
Madden & Madden
108 Kings Highway East, Suite 200
Haddonfield, NJ 08033

**WEISBERG LAW**

*/s/ David A. Berlin*
Matthew B. Weisberg, Esquire
PA Attorney Id. No.: 85570
David A. Berlin, Esquire
PA Attorney Id. No.: 314400
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
dberlin@weisberglawoffices.com
*Attorneys for Plaintiff*